ERIC D. HOUSER (SBN 130079)
ROBERT W. NORMAN, JR. (SBN 232470)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone:  (949) 679-1111
Facsimile:(949) 679-1112
ehouser@houser-law.com
bnorman@houser-law.com

Attorneys for Defendants
OCWEN LOAN SERVICING, LLC erroneously sued as OCWEN LOAN
SERVICING, and HSBC Bank USA, N.A., as Trustee on behalf of ACE
Securities Corp. Home Equity Loan Trust and for the registered holders of ACE
Securities Corp. Home Equity Loan Trust, Series 2007-HE4, Asset Backed Pass-
Through Certificates erroneously sued as HSBC BANK USA, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REYNALDO E. GARCIA, | ) Case No: CV 08-7977-R-SH |
| | ) |
|     Plaintiff, | ) HON. Manuel Real |
| | ) |
| | ) **ORDER TO SHOW CAUSE WHY** |
|     vs. | ) **SANCTIONS SHOULD NOT BE** |
| | ) **IMPOSED AGAINST COUNSEL** |
| | ) **FOR PLAINTIFF** |
| AZTEC FORECLOSURE | ) |
| CORPORATION, HSBC BANK USA, | ) **Dept: 8** |
| N.A., OCWEN LOAN SERVICING, | ) **Date: February 23, 2009** |
| and Does 1-50, inclusive, | ) **Time: 10:00 A.M.** |
| | ) |
|     Defendants. | ) |

      This matter came before the Court on Defendants, OCWEN LOAN

SERVICING, LLC erroneously sued as OCWEN LOAN SERVICING, and HSBC

BANK USA, N.A., AS TRUSTEE'S Motion to Dismiss.

**PROPOSED ORDER**
1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Counsel Eric Houser appeared for Defendants. There was no appearance by Plaintiff's Counsel. The Court granted Defendants' Motion to Dismiss with prejudice and Ordered Counsel for Plaintiff, M.W. Roth, to show cause why sanctions should not be imposed for failing to represent his client in the matter.

The matter is CONTINUED to FEBRUARY 23, 2009 for an ORDER TO SHOW CAUSE why sanctions should not be imposed for failure of plaintiff's Counsel, Mitchell W. Roth, to represent his client in this matter.

**IT IS SO ORDERED.**

Dated: February 12, 2009

_____
Honorable Manuel Real
United States District Court Judge